# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JAVAADE MESHKIN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:24-cv-07768-MRA-PDx<br><br>[*Hon. Monica Ramirez Almadani – Courtroom 9B*]<br><br>**ORDER TO EXTEND PRETRIAL DATES [41]** |

Related Case:

USDC Central District of California Case No. 8:21-cr-00112-JLS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIAN JAVAADE MESHKIN, et al.,

Defendants.

1

ORDER TO EXTEND PRETRIAL DATES

## ORDER

Pursuant to the Stipulation between Plaintiff Brian J. Meshkin and Defendant United States of America and good cause appearing therefor:

**IT IS HEREBY ORDERED**:

Appendix A (Schedule of Pretrial Dates Worksheet) to the Court's March 7, 2025 Civil Trial Order (ECF 26) is hereby amended to continue all pretrial dates commensurate with the period of time from and after Defendant's Motions to Dismiss were pending and first taken under submission (ECF 22) and through and including the date on which the Court entered its Order granting in part and denying in part Defendant's Motion on February 11, 2026. ECF 39.  The pre-trial dates set forth in Appendix A (Schedule of Pretrial Dates Worksheet) attached hereto as **Exhibit 1** are hereby adopted by the Court, shall be deemed set forth in the far-right column thereof, and shall supersede the Appendix A (Schedule of Pretrial Dates Worksheet) attached to the Court's March 7, 2025 Civil Trial Order (ECF 26) in all respects.  The remainder of the Court's March 7, 2025, Civil Trial Order shall remain in full force and effect.

DATED: March 6, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

---

2

ORDER TO EXTEND PRETRIAL DATES

**APPENDIX A**
**JUDGE MÓNICA RAMÍREZ ALMADANI**
<u>SCHEDULE OF PRETRIAL DATES WORKSHEET</u>

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The Court <u>ORDERS</u> the parties to make every effort to agree on dates.**

| Case No. 2:24-cv-07768-MRA (PDx) | Case Name: Brian Javaade Meshkin v. United States of America | | |
|---|---|---|---|
| **Final Pretrial Conference Dates** | | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Check one:  ☐ Jury Trial  or  ☑ Court Trial *[The Court sets the trial date at the Final Pretrial Conference]* Estimated Duration, in days:  10 | | NA | NA |
| Final Pretrial Conference ("FPTC") [L.R. 16] *Tuesday at 1:30 p.m., within 12 months of Scheduling Conference]* | | 03/26/2027 | 3/30/2027 |
| **Event[1]** *Note: Hearings must be on Mondays at 1:30 p.m. Other dates can be any day of the week.* | **Weeks Before FPTC[2]** | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Opposition to Motions in Limine Filing Deadline | 3 | 03/10/2027 | 3/10/2027 |
| Motions in Limine Filing Deadline | 4 | 03/01/2027 | 3/1/2027 |
| Settlement Conference Completion Date [L.R. 16-15] *Select one:* ☑ Mag. Judge ☐ Panel ☐ Private | 5 | 02/24/2027 | 2/24/2027 |
| Last Date to **HEAR** Daubert Motions [*Tuesday*] | 8 | 02/01/2027 | 2/2/2027 |
| Last Date to **HEAR** Non-Discovery Motions [*Tuesday*] (*see* Procedures page for Rule 56 Motion deadlines) | 12 | 01/11/2027 | 1/12/2027 |
| Expert Discovery Cut-Off | 14 | 12/23/2026 | 12/23/2026 |
| Expert Disclosure (Rebuttal) | 17 | 11/25/2026 | 11/25/2026 |
| Expert Disclosure (Initial) | 21 | 11/04/2026 | 11/4/2026 |
| Non-Expert Discovery Cut-Off (no later than deadline for *filing* dispositive motions) | 24 | 10/21/2026 | 10/21/2026 |
| Last Date to *Hear* Motions to Amend Pleadings/Add Parties *[Tuesday 90 days after Rule 16 Scheduling Conference]* | X | 04/24/2026 | XX |

---

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

[2] This is the Court's recommended default timeline for certain events.  The parties may propose alternate dates based on the needs of each individual case.